FILED
SEP 26 2012
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Mary Pierce DEFENDANT(S). | CASE NUMBER ED 12 - 352 M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Thursday__, __9/27/12__, at __3__ ☐a.m. / ☒p.m. before the Honorable __David Bristow__, in Courtroom __4__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __9/26/12__

U.S. ~~District Judge~~/Magistrate Judge

**DAVID T. BRISTOW**