S-P 27 2012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | ~~GD~~ 12-352 M |
| Mary Pierce | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of ___DEFENSE___ , IT IS ORDERED that a detention hearing is set for ___MONDAY, OCTOBER 1, 2012___, at ___2___ ☐a.m. / ☑p.m. before the Honorable ___DAVID T. BRISTOW___ , in Courtroom ___4___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal ~~or~~ _____ ~~and~~ produced for the hearing.

*(Other custodial officer)*

Dated: ___9/27/12___

U.S. ~~District Judge~~/Magistrate Judge